ARKANSAS DEPARTMENT OF HEALTH,
Sandra B. Nichols, M.D., Director, and Henry C. Robinson, Jr.,
Director and State Registrar, Division of Vital Records
*v.* WESTARK CHRISTIAN ACTION COUNCIL,
A Nonprofit Corporation

94-1264                                               892 S.W.2d 278

Supreme Court of Arkansas
Opinion delivered February 20, 1995

*L. Vance Marker*, for movant American Medical Association.

PER CURIAM. The motion of the American Medical Association to join in the *amici curiae* brief of the American College of Obstetricians and Gynecologists, The American Medical Women's Association, The American Public Health Association, The Association for Vital Records and Health Statistics, The Committee on Privacy and Confidentiality of the American Statistical Association, and the Society of General Internal Medicine is granted. The American Medical Association's joinder is in name only and will not expand the issues and authority adduced beyond that set forth in the *amici curiae* brief filed on January 17, 1995.

HOLT, C.J., and NEWBERN, J., not participating.